IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

DENNIS KOWALCZYK and )
PEGGY KOWALCZYK, )
)
     Plaintiff, )
)
v. )     CASE NO. 1:22-CV-130-RAH
)
CLAUDIA THOSS, et al., )
)
     Defendants. )

## ORDER

On December 8, 2022, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. 26.) Upon an independent review of the file and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows:

1.     The Recommendation (Doc. 26) is ADOPTED.

2.     The Motion for Default Judgment (Doc. 16) is DENIED;

3.     The Motions to Dismiss (Docs. 18, 21) are GRANTED.

DONE, on this the 20th day of January, 2023.

                   /s/ R. Austin Huffaker, Jr.
                R. AUSTIN HUFFAKER, JR.
                UNITED STATES DISTRICT JUDGE